# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES CALLANAN,<br><br>　　　　Defendant. | No. 08-CR-12-LRR<br><br>**ORDER** |

_____

　　　　The matter before the court is Defendant's Motion in Limine (docket no. 31) ("Motion"), filed on March 24, 2008. The government has not yet filed a resistance and the time for doing so has not expired. The court finds, however, that the circumstances warrant the court's immediate attention to the Motion. *See* LR 7.e (permitting the court to rule on a motion without waiting for a resistance).

　　　　Local Rule 7 requires that, "[f]or every motion, the moving party must prepare a brief containing a statement of the grounds for the motion and citations to the authorities upon which the moving party relies . . . ." LR 7.d. Defendant has failed to file a separate brief in support of his Motion, and the Motion contains scant citation to legal authority. *See* LR 7.b.3 ("A motion must contain citations to all statutes or rules under which the motion is being made."); *see also* Motion, at 1 (listing Federal Rules of Evidence 702, 703

and 705). Due to these violations of the Local Rules, Defendant is directed to file a brief containing a statement of the grounds for the motion and citations to the authorities upon which he relies, **for each of the six issues raised in the Motion, by 5:00 p.m., March 26, 2008**. If Defendant fails to comply with the instant order, the Clerk of Court is directed to strike from the record Defendant's Motion.

**IT IS SO ORDERED.**

**DATED** this 25th day of March, 2008.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA